## 12919.  BOWDEN *v.* THE STATE.

Mere preparation to commit an injury, unaccompanied by a physical
effort to do so, is not an asault.

DECIDED DECEMBER 13, 1921.

Conviction of assault; from Monroe superior court — Judge
Searcy.   September 17, 1921.

*W. M. Clark,* for plaintiff in error.

*E. M. Owens, solicitor-general,* contra.

BROYLES, C. J.   The defendant was convicted of an assault,
and the evidence discloses that the only act relied on to sustain
the conviction was as follows : " He called me ' a damn rascal, '
and picked up two rocks.   He held one in each hand.   (Here wit-
ness illustrated by holding the right hand backward and higher,
holding the left hand down in a natural position.)   He drew
the right hand and arm back as if to throw.   I said, ' You have
the advantage, why don't you kill me with the rocks ? '   He was
on one side of a wire fence, and I was on the other side.   We
were about as far apart as defendant's counsel and I now are—
about 12 or 14 feet.   He did not throw the rocks nor try to
throw them.   I turned my back to him and walked away. "
In *Brown* v. *State,* 95 *Ga.* 481 (20 S. E. 495), the holding is
as follows :  " Mere preparation to commit a violent injury upon
the person of another, unaccompanied by a physical effort to do
so, will not justify a conviction for an assault; and therefore,
where the evidence showed that during an altercation between
the person alleged to have been assaulted, and two other persons
acting in concert, one of the latter picked up a stone but made
no attempt to cast it at the former, who was about. twenty steps
distant, neither of the two persons so acting in concert could be
lawfully convicted of an assault. "   The evidence in the instant
case did not authorize a conviction, and the court erred in over-
ruling the motion for a new trial.

*Judgment reversed.   Luke and Bloodworth, JJ., concur.*